```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION

IN RE:                                  CHAPTER 13
REZA ZAHEDI                             CASE No. 17-65563 wlh
Debtor
_____

REZA ZAHEDI

        Objector,


        v.


BANK OF NEW YORK MELLON,
c/o BAYVIEW LOAN SERVICING,
LLC.

        Claimant
```

**NOTICE OF REQUIREMENT OF RESPONSE TO OBJECTION TO CLAIM OF BANK OF NEW YORK MELLON (CLAIM No. 4) AND TO OBJECTION OF DEBTOR OF NOTICE OF MORTGAGE PAYMENT CHANGE; OF DEADLINE FOR FILING A RESONSE; AND OF HEARING**

    **PLEASE TAKE NOTICE** that Reza Zahedi, Debtor, has filed an objection to the proof of claim of Bank of New York Mellon.

    Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must:

    (1) File with the Court a written response, explaining your positions and views as to why your claim should be allowed as filed. The written response must be filed at the following address: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Dr., Atlanta, Georgia 30303. If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will actually receive it on or before the date stated above.

    (2) Mail or deliver a copy of your written response to the Debtor's attorney at the address stated below. You must attach a certificate of service to your response stating when, how, and upon whom (including addresses) you served the response.

    If you or your attorney do not file a timely response, the court may decide that you do not oppose the relief sought, in which event the hearing scheduled below may be cancelled and the Court may enter an order disallowing your claim as requested without further notice and without a hearing.

    If you or your attorney file a timely response, then a hearing will be held in Courtroom 1403, U.S. Courthouse, 75 Ted Turner Dr. Atlanta, GA 30303 at 10:00 a.m. on June 27, 2018. You or your attorney must attend the hearing and advocate your position.

Dated: May 15, 2018.

                                                                                       /s/_____
                                                Jonathan R. Melnick
                                                Counsel for Movant
                                                GBN 501254
                                                3355 Lenox Rd. Suite 750
                                                Atlanta, Georgia 30326
                                                (404) 249-8383

```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION

IN RE:                                  CHAPTER 13
REZA ZAHEDI                             CASE No. 17-65563 wlh
Debtor
_____

REZA ZAHEDI

        Objector,


        v.


BANK OF NEW YORK MELLON,
c/o BAYVIEW LOAN SERVICING,
LLC.

        Claimant
```

## CERTIFICATE OF SERVICE

I Jonathan R. Melnick certify that I am over the age of 18 and that on May 15, 2018 I served a copy of the foregoing Notice of Hearing on the Debtor's Objection to Claim Amount BY FIRST CLASS U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

```
            Bank of New York Mello
           c/o Bayview Servicing LLC
            4425 Ponce de Leon Ave.
                   BK Dept.
             Coral Gables, FL  33146

              Mr. Marc E. Ripps
             Attorney for Claimant
              P.O. Box 9233533
              Norcross, GA  30010
```

Dated this 15th day of May, 2018.

/s/ _____
Jonathan R. Melnick
GBN 501254
Attorney for the Debtor

3355 Lenox Rd.
Suite 750
Atlanta, GA  30326
(404)249-8383

```
                  UNITED STATES BANKRUPTCY COURT
                  NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION

IN RE:                                CHAPTER 13
REZA ZAHEDI                           CASE No. 17-65563 wlh
Debtor
_____

REZA ZAHEDI

         Objector,


         v.


BANK OF NEW YORK MELLON,
c/o BAYVIEW LOAN SERVICING,
LLC.

         Claimant
```

**OBJECTION TO PROOF OF CLAIM OF BANK OF
NEW YORK MELLON (CLAIM No. 4) AND
OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE**

COMES NOW the Debtor Reza Zahedi and objects to the proof of claim filed by the Bank of New York Mellon in the amount of $756,034.50 with an arrears amount of $185,031.81.  In support, the Debtor shows as follows:

1.

The principal amount claimed is unsubstantiated by the paperwork.  The note that was executed in 2005 was in the amount of $465,000.  The proof of claim that has been filed shows an overall balance due of nearly $950,000.00.  This vastly overstates the amount of money the Debtor owes this creditor.

The creditor has failed to credit all of the money that has been paid by the Debtor since the execution of this note.

2.

Bank of New York has also based its' proof of claim and notice to increase the Debtor's mortgage payments on a contract that had previously been rescinded by both parties.  Therefore the contract is currently null and void and is not binding on either party.

WHEREFORE the Debtor moves for a hearing to determine the correct amount of both principal and interest owed by the Debtor, to determine the correct monthly mortgage payment, and to determine the amount of arrears that is owed by the Debtor on this note.

This 15th day of May, 2018.

_____/s/_____
JONATHAN R. MELNICK
Attorney for the Defendant
GBN 501254

3355 Lenox Rd.
Suite 750
Atlanta, GA  30326
(404)249-8383