UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : CASE NO: 17-65563-WLH |
| | : CHAPTER: 13 |
| REZA ZAHEDI, | : |
| Debtor. | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| REZA ZAHEDI, | : |
| Movant, | : CONTESTED MATTER |
| vs. | : |
| THE BANK OF NEW YORK MELLO FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., ALTERNATIVE LOAN TRUST 2006-8T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-7, | : |
| Respondent. | : |

### RESPONSE TO OBJECTION TO CLAIM OF BANK OF NEW YORK MELLON (CLAIM NO. 4) AND OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

COMES NOW The Bank of New York Mello FKA The Bank of New York, as Trustee for the Certificateholders of CWMBS, Inc., Alternative Loan Trust 2006-8T1, Mortgage Pass-Through Certificates, Series 2006-7, for itself, its successors and/or assigns ("Respondent"), and shows this Honorable Court that, for the reasons set out below, the Court should deny the Debtor's Objection to Claim of Bank of New York Mellon (Claim No. 4) and Objection to Notice of Mortgage Payment Change ("Objection"):

1.

Respondent filed a Proof of Claim indicating a secured total debt of $756,034.50 and pre-petition arrearage of $181,262.73. The Debtor objected to the claim on the following grounds: "The proof of claim that has been filed shows an overall balance due of nearly $950,000.00. This vastly overstates the amount of money the Debtor owes this creditor.  The creditor has failed to credit all of the money that has been paid by the Debtor since the execution of this note. Bank of New York has also based its' proof of claim and notice to increase the Debtor's mortgage payments on a contract that had previously been rescinded by both parties. Therefore the contract is currently null and void and is not binding on either party."

2.

Proof of Claim # 4 was amended on June 11, 2018 to more accurately reflect the status of the account based on the terms of the loan modification executed by the borrower on March 9, 2011 and recorded in the land records on May 6, 2011. The Notice of Payment Change was amended as well on May 25, 2018 to more accurately reflect the interest rates per said loan modification.

3.

In response to the Objection to Claim, Respondent first asserts the Objection misstates the overall balance due when it lists the $950,000.00 amount. A review of Part 2 on the Mortgage Proof of Claim Attachment indicates the total due is $754,705.83. Second, Respondent attached a loan history as of the first date of default to the Proof of Claim pursuant to the relevant Rule and the official Proof of Claim form. Should the Debtor assert there are payments not appearing to have been credited to the account, Respondent respectfully requests proof of same so that proper research can be conducted. And finally, Respondent requests a copy of the contract Debtor mentions in the final sentence of paragraph two in the Objection along with proof said contract was rescinded by both parties so that research might be conducted into said contract and the assertion of its subsequent rescission.

WHEREFORE, Respondent, for itself, its successors and/or assigns, prays that this Court inquire as to the matters raised herein and deny the Debtor's Objection to Claim of Bank of New York Mellon (Claim No. 4) and Objection to Notice of Mortgage Payment Change and enter such orders and require such further inquiry as may appear appropriate to the Court.


/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Respondent

<u>CERTIFICATE OF SERVICE</u>

  I, Lisa F. Caplan of Rubin Lublin, LLC certify that on the 11th day of June, 2018, I caused a copy of the Response to Objection to Claim (Motion to Disallow Claim) of Creditor BANK OF NEW YORK, Filed in the amount of 756,034.50, Claim No. 4 to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Reza Zahedi
3950 Spalding Dr.
Atlanta, GA 30350

Jonathan R. Melnick, Esq.
3355 Lenox Road, Suite 750
Atlanta, GA 30326

Nancy J. Whaley
303 Peachtree Center Avenue
Suntrust Garden Plaza, Suite 120
Atlanta, GA 30303

Executed on <u>6/11/18</u>

By:<u>/s/ Lisa F. Caplan</u>
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor